IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00262-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. FRANCISCO ORNELAS-CAMACHO,
       a/k/a Francisco Ornelas,

       Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. On September 13, 2010, the court entered a **Minute Order** [#41] setting a hearing on the defendant's motion to continue the trial. The hearing was inadvertently set three days after the jury trial is to commence. The hearing should be vacated and reset prior to the trial date.

**THEREFORE, IT IS ORDERED** as follows:

1. That the hearing set for September 23, 2010, is **VACATED** and **RESET** to **September 14, 2010**, at 1:00 p.m.; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.