**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00262-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO ORNELAS-CAMACHO,
      a/k/a Francisco Ornelas,

      Defendant.

---

**MINUTE ORDER**[1]

---

      At the oral request of defense counsel, and there being no objection by the government,  the status conference set for 11:00 a.m. on November 19, 2010, is **VACATED** and **RESET** to **10:00 a.m.** on this date.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  November 18, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.