**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00262-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO ORNELAS-CAMACHO,
      a/k/a Francisco Ornelas,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The motion hearing set for June 9, 2011, is **VACATED** and is **CONTINUED** pending further order of court.

      **IT IS FURTHER ORDERED** as follows:

      1. That defendant shall have until **June 16, 2011**, in which to file a supplement to the **Motion To Suppress Statements** [#24];

      2. That the government shall have until **June 23, 2011**, in which to file a response to the supplement;

      3. That on **June 24, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing date on the defendant's motion to suppress; and

      4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  June 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.