**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00262-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. FRANCISCO ORNELAS-CAMACHO,
     a/k/a Francisco Ornelas,

     Defendant.

---

### MINUTE ORDER[1]

---

     The motions hearing set for July 14, 2011, is **VACATED** and is **CONTINUED** pending further order of court. That on **July 27, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a status conference.

     Dated:  July 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.