# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00262-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO ORNELAS-CAMACHO,
      a/k/a Francisco Ornelas,

      Defendant.

## MINUTE ORDER[1]

On July 27, 2011, the court conducted a telephonic setting conference to set this matter for a status conference. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 6, 2011**, commencing at 2:30 p.m., the court shall conduct a status conference in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: July 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.