**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00262-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO ORNELAS-CAMACHO,
      a/k/a Francisco Ornelas,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Government's Unopposed Motion To Dismiss Indictment Without Prejudice** [#64][1] filed September 6, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Unopposed Motion To Dismiss Indictment Without Prejudice** [#64] filed September 6, 2011, is **GRANTED**; and

2.  That pursuant to Fed. R. Crim. P. 48(a), the Indictment [#1] filed May 17, 2012, and the Superseding Indictment [#14] filed July 27, 2010, are **DISMISSED WITHOUT PREJUDICE**.

Dated September 7, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.